IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Lawrence J. Yumkas, a member in good standing of the bar of this Court, moves the admission of Joshua Brody, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for First Mariner Bancorp.

1. The proposed admittee is not a member of the Bar of Maryland.

2. The proposed admittee is a member in good standing of the bar(s) of the following State and/or United States Courts:

   State of New York and the United States District
   Court for the Southern District of New York

3. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this court.

6. Co-counsel for the proposed admittee in this proceeding will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

- 2 -

7. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

8. The $50.00 fee for admission *pro hac vice* will be paid by credit card upon the filing of this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.


/s/ Lawrence J. Yumkas
Lawrence J. Yumkas, 06357
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401
(443) 569-0758
lyumkas@yvslaw.com

/s/ Joshua Brody
Joshua Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
jbrody@kramerlevin.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2014, notice of filing of the Motion for Admission *Pro Hac Vice* (the "Motion") was sent electronically to those parties listed on the docket as being entitled to such electronic notice, and a copy of the Motion was mailed first class, postage prepaid to the parties on the attached service list.

                                          /s/ Catherine Nownes-Whitaker
                                          Catherine Nownes-Whitaker

| | | |
|---|---|---|
| First Mariner Bank<br>Attn: Joseph F. Howard,<br>Sr. Vice President, General Counsel<br>1501 S. Clinton St.<br>Baltimore, MD 21224 | The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust II<br>Attn: Corporate Trust Administration<br>White Clay Center, Route 273<br>Newark, DE 19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust III<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, DE 19801 |
| Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust IV<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, DE 19801 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust VI<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, DE 19801 | Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust V<br>Attn: Corporate Trust Administration<br>Rodney Square N 1100 N. Market St.<br>Wilmington, DE 19890-1600 |
| Comptroller of Maryland<br>Compliance Division<br>110 Carroll Street<br>Annapolis, MD 21411 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Special Procedures – Insolvency Unit<br>31 Hopkins Plaza Room 1150<br>Baltimore, MD  21201 |
| Federal Deposit Insurance Corporation<br>Julie Howland<br>350 Fifth Avenue<br>New York, NY 10118-0110 | Federal Reserve Bank of Richmond<br>Richard Gilbert<br>701 East Byrd Street<br>Richmond, VA 23219<br>Local: 804-697-8000 | |

The following parties received electronic notice of the filing:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>101 West Lombard Street<br>Baltimore, Maryland  21201 | Gary R. Bronstein, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, DC 20005-2018 | Joel Rappoport, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, DC 20005-2018 |
| Joshua Brody, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Robert T. Schmidt, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Edward S. Stein<br>Sandler O'Neill & Partners LP<br>1251 Avenue of the Americas<br>6th Floor<br>New York, NY 10020 |
| Richard Wasserman, Esquire<br>Venable, LLP<br>750 E Pratt St #900<br>Baltimore, MD 21202 | | |