IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

In re                                                                                                           Bankruptcy No.:

First Mariner Bancorp                                                                           14-11952-DER


U.S.TRUSTEE'S APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Judy A. Robbins, United States Trustee for Region Four, by undersigned counsel, hereby appoints the following creditors to a committee of unsecured creditors, pursuant to 11 U.S.C. Sec.1102(a).  This appointment is provisional, meaning that it may be modified and/or supplemented; however, this Committee as presently constituted shall be fully-authorized to act.


(1) Eton Park Capital Management L.P., as Manager of Sparrow Creek I, LLC, Sparrow Creek II, LLC, Sparrow Creek III, LLC, and Sparrow Creek IV, LLC, 399 Park Avenue, 10th Floor, New York, NY 10022, represented by: Steven Serajeddini, Esq., Kirkland & Ellis, LLP, 300 N. LaSalle Street, Chicago IL 60654, ph (312) 862-2761, fax (312) 862-2200, email steven.serajeddini@kirkland.com

(2) Trapeza CDO II, LLC, 441 Vine Street, Suite 1300, Cincinnati OH 45202, attn.: Carolyn Thagard, 205-877-9765; cthagard@trapeza.com.

(3) Cohen & Company Financial Management, LLC, as manager for Alesco Preferred Funding I, Ltd., attn.: Peter Addai, Cira Centre, 2929 Arch St., 17th Floor, Philadelphia PA 19104 (215) 701-9616; paddei@ifmi.com.


JUDY A. ROBBINS, UNITED STATES TRUSTEE
FOR REGION FOUR

Date: February 12, 2014          by /s/Edmund A. Goldberg_____
                                 Attorney for U.S.Trustee, bar no. 08943
                                 101 W. Lombard Street, Suite 2625
                                 Baltimore, MD 21201
                                 (410) 962-4300


Cc: Members of Committee/counsel

Lawrence Yumkas, Esq.