**SO ORDERED**
**For the reasons stated on the record at the hearing held on February 11, 2014. NOTICE: The hearing referred to in this order shall be held in Courtroom 9D, Garmatz Federal Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION TO SHORTEN TIME PERIOD TO RESPOND
TO (A) THE BID AND AUCTION PROCEDURES AND STALKING HORSE
PROVISIONS CONTAINED IN DEBTOR'S SALE MOTION, AND (B) THE DEBTOR'S
MOTION FOR AUTHORITY TO OBTAIN DEBTOR-IN-POSSESSION FINANCING

Upon consideration of the Motion to Shorten Time Period to Respond to (A) the Bid and Auction Procedures and Stalking Horse Provisions Contained in Debtor's Sale Motion, and (B) the Debtor's Motion for Authority to Obtain Debtor-in-Possession Financing (the "Motion") filed by First Mariner Bancorp, debtor and debtor in possession herein (the "Debtor"), after due notice of the Motion to the Debtor's creditors, the Office of the United States Trustee, and all parties who have requested notice; and it appearing that no other or further notice need be given; and sufficient cause appearing therefore, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Motion is GRANTED.

2. That the hearing to consider approval of the DIP Financing Motion and Auction Procedures (both as defined in the Motion) is scheduled for March 7, 2014 at 10:00 a.m.

3. That, pursuant to Bankruptcy Rule 9006(c), the time for responses and objections to the DIP Financing Motion and Auction Procedures is hereby shortened to the extent necessary, and any such responses and objections must be filed and served by no later than February 28, 2014 by 5:00 p.m. (the "Objection Deadline").

4. That, replies to any timely filed opposition to the DIP Financing Motion and Auction Procedures may be filed by March 5, 2014 at 5:00 p.m.

5. That, within one day of entry of this Order, the Debtor shall provide all parties in interest with notice of the Objection Deadline and the date and time of the hearing to consider the DIP Financing Motion and Auction Procedures and providing that if no objections to the DIP Financing Motion and Auction Procedures are filed by the Objection Deadline, then the Court may enter an Order granting the DIP Financing Motion and Auction Procedures at any time thereafter without a hearing.

cc: Robert T. Schmidt, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Lawrence J. Yumkas, Esquire
Yumkas, Vidmar & Sweeney LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401

Office of the U.S. Trustee
101 West Lombard Street
Baltimore, Maryland  21201

Attached Service List

**END OF ORDER**

| | | |
|---|---|---|
| First Mariner Bank<br>Attention: Joseph F. Howard,<br>Sr. Vice President, General Counsel<br>1501 South Clinton Street<br>Baltimore, Maryland  21224 | The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust II<br>Attn: Corporate Trust Administration<br>White Clay Center, Route 273<br>Newark, Delaware  19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust III<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware  19801 |
| Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust IV<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware  19801 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust VI<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware  19801 | Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust V<br>Attn: Corporate Trust Administration<br>Rodney Square N 1100 N. Market St.<br>Wilmington, DE 19890-1600 |
| Comptroller of Maryland<br>Compliance Division<br>110 Carroll Street<br>Annapolis, Maryland  21411 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Special Procedures – Insolvency Unit<br>31 Hopkins Plaza Room 1150<br>Baltimore, Maryland  21201 |
| Federal Deposit Insurance Corporation<br>Attention: Julie Howland<br>350 Fifth Avenue<br>New York, New York  10118-0110 | Federal Reserve Bank of Richmond<br>Attention: Richard Gilbert<br>701 East Byrd Street<br>Richmond, Virginia  23219 | |

The following parties received electronic notice of the filing:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>101 West Lombard Street<br>Baltimore, Maryland  21201 | Gary R. Bronstein, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, DC 20005-2018 | Joel Rappoport, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, DC 20005-2018 |
| Joshua Brody, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | Robert T. Schmidt, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | Edward S. Stein, Managing Director<br>Sandler O'Neill & Partners LP<br>1251 Avenue of the Americas, 6th Floor<br>New York, New York  10020 |
| Lawrence J. Yumkas, Esquire<br>Yumkas, Vidmar & Sweeney, LLC<br>2530 Riva Road, Suite 400<br>Annapolis, Maryland  21401 | Richard Wasserman, Esquire<br>Venable, LLP<br>750 E Pratt St #900<br>Baltimore, MD 21202 | |