B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Maryland

In re __First Mariner Bancorp__      Case No. __14-11952__

Debtor(s)      Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo Bank, N.A., Trustee f/b/o Mariner Capital Trust III Attn: Corporate Trust Administration 919 Market Street, Suite 700 Wilmington, DE 19801** | **Wells Fargo Bank f/b/o Mariner Capital Trust III Attn: Corporate Trust Administration Wilmington, DE 19801** | **Debenture and Guaranty** | | **17,790,734.61** |
| **Wilmington Trust Company, Trustee f/b/o Mariner Capital Trust V Attn: Corporate Trust Administration Rodney Square N., 1100 N. Market Street Wilmington, DE 19890-1600** | **Wilmington Trust Company, Trustee f/b/o Mariner Capital Trust V Attn: Corporate Trust Administration Wilmington, DE 19890-1600** | **Debenture and Guaranty** | | **12,173,439.52** |
| **Wells Fargo Bank, Nat'l Assoc., Trustee f/b/o Mariner Capital Trust VI Attn: Corporate Trust Administration 919 Market Street, Suite 700 Wilmington, DE 19801** | **Wells Fargo Bank, Nat'l Assoc., Trustee f/b/o Mariner Capital Trust VI Attn: Corporate Trust Administration Wilmington, DE 19801** | **Debenture and Guaranty** | | **11,521,027.36** |
| **The Bank of New York, Trustee f/b/o Mariner Capital Trust II Attn: Corporate Trust Administration White Clay Center, Route 273 Newark, DE 19711** | **The Bank of New York, Trustee f/b/o Mariner Capital Trust II Attn: Corporate Trust Administration Newark, DE 19711** | **Debenture and Guaranty** | | **7,294,502.24** |

B4 (Official Form 4) (12/07) - Cont.

In re   **First Mariner Bancorp**                                    Case No.   __14-11952__
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **The Bank of New York, Trustee f/b/o Mariner Capital Trust IV Attn: Corporate Trust Administration White Clay Center, Route 273 Newark, DE 19711** | **The Bank of New York, Trustee f/b/o Mariner Capital Trust IV Attn: Corporate Trust Administration Newark, DE 19711** | **Debenture and Guaranty** | | **5,998,858.96** |
| **Wilmington Trust Company, Trustee f/b/o Mariner Capital Trust VII Attn:  Corporate Trust Administration Rodney Square N., 1100 N. Market Street Wilmington, DE 19890-1600** | **Wilmington Trust Company, Trustee f/b/o Mariner Capital Trust VII Attn:  Corporate Trust Administration Wilmington, DE 19890-1600** | **Debenture and Guaranty** | | **5,661,718.46** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **First Mariner Bancorp**                                    Case No.    **14-11952**
_____                    _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 24, 2014**                Signature    **/s/ Mark A. Keidel**
_____                             _____
                                                         **Mark A. Keidel**
                                                         **Chief Executive Officer**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.