IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * *

## LINE SUBMITTING AFFIDAVIT OF THE BALTIMORE SUN COMPANY

First Mariner Bancorp, the debtor and debtor in possession herein, by counsel, files this Line Submitting Affidavit of The Baltimore Sun Company certifying that it published the Notice of Interim Order Establishing Notification and Hearing Procedures for Transfers of Certain Equity Securities [Dkt. # 48] on February 15, 2014.

/s/ Lawrence J. Yumkas
Lawrence J. Yumkas, 06357
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(443) 569-0758
lyumkas@yvslaw.com

Robert T. Schmidt
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
rschmidt@kramerlevin.com
jbrody@kramerlevin.com

Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2014, notice of filing of the Line Submitting Affidavit of The Baltimore Sun Company (the "Line") was sent electronically to those parties listed on the docket as being entitled to such electronic notices, and a copy of the Line was mailed first class, postage prepaid to the parties on the attached service list.

          /s/ Catherine Nownes-Whitaker
Catherine Nownes-Whitaker

| | | |
|---|---|---|
| First Mariner Bank<br>Attention: Joseph F. Howard,<br>Sr. Vice President, General Counsel<br>1501 South Clinton Street<br>Baltimore, Maryland 21224 | The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust II<br>Attn: Corporate Trust Administration<br>White Clay Center, Route 273<br>Newark, Delaware 19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust III<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, Delaware 19801 |
| The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust IV<br>Attn: Corporate Trust Administration<br>White Clay Center, Route 273<br>Newark, Delaware 19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust VI<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware 19801 | Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust V<br>Attn: Corporate Trust Administration<br>Rodney Square N 1100 N. Market St.<br>Wilmington, Delaware 19890-1600 |
| Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust VII<br>Attn: Corporate Trust Administration<br>Rodney Square N., 1100 N. Market St.<br>Wilmington, DE 19890-1600 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | IRS<br>Special Procedures – Insolvency Unit<br>31 Hopkins Plaza Room 1150<br>Baltimore, Maryland 21201 |
| Federal Deposit Insurance Corporation<br>Julie Howland<br>350 Fifth Avenue<br>New York, New York 10118-0110 | Federal Reserve Bank of Richmond<br>Richard Gilbert<br>701 East Byrd Street<br>Richmond, Virginia 23219 | Emmet, Marvin & Martin, LLP<br>120 Broadway 32nd Floor<br>New York, New York 10271 |
| Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 | David R. Seligman, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 | Comptroller of Maryland<br>Compliance Division<br>110 Carroll Street<br>Annapolis, Maryland 21411 |

The following parties received electronic notice of the filing:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | Gary R. Bronstein, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, D.C. 20005-2018 | Joel Rappoport, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, D.C. 20005-2018 |
| Robert T. Schmidt, Esquire<br>Joshua K. Brody, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | Martin H. Schreiber II, Esquire<br>Law Office of Martin H. Schreiber II, LLC<br>3600 Clipper Mill Road, Suite 201<br>Baltimore, Maryland 21211 | Edward S. Stein<br>Sandler O'Neill & Partners LP<br>1251 Avenue of the Americas, 6th Floor<br>New York, New York 10020 |
| Lawrence J. Yumkas, Esquire<br>Yumkas, Vidmar & Sweeney, LLC<br>2530 Riva Road, Suite 400<br>Annapolis, Maryland 21401 | Joel I. Sher, Esquire<br>Daniel J. Zeller, Esquire<br>Anastasia McCusker (Albright), Esquire<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street, 20th Floor<br>Baltimore, Maryland 21201-3147 | Edmund Goldberg, Esquire<br>United States Department of Justice<br>101 West Lombard Street, Suite 2625<br>Baltimore, Maryland 21201 |
| Richard L. Wasserman, Esquire<br>Venable LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202 | | |



**THE BALTIMORE SUN**
www.baltimoresun.com

Saturday February 15 2014

WE HEREBY CERTIFY, that the annexed advertisement of Order No 969407

Miller Legal Services
2458 N Racine, 1st Flr
Chicago, IL 60614

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore on Saturday February 15 2014

The Baltimore Sun Company,
By _____

Subscibed and sworn to before me this ___ day of _Feb_ 20_14_,

By _SHARON A NELSON_

Notary Public
My commission expires _7/12/17_
7123

# Democratic candidates woo Baltimore voters

**VOTERS,** *From page 1*

factor in the Republican primary. Its roughly 30,000 GOP voters are outnumbered almost 10 to 1 by Democrats.

More than any time in recent years, Baltimore is up for grabs in the Democratic primary for governor. Gansler and Mizeur are Montgomery County residents who chose Prince Georgians as running mates. Brown, a Prince George's resident, recruited Howard County Executive Ken Ulman — a metropolitan Baltimore choice but a distant figure to some city voters.

The candidates need to give city voters highly specific, Baltimore-centered reasons to vote for them, said Matthew Crenson, professor emeritus of political science at the Johns Hopkins University.

The stakes could be high, Crenson said.

"Since they're all from the Washington area, presumably they're dividing that vote while the Baltimore Democratic vote may provide the margin of victory for the winner," he said. "This is essentially unclaimed territory."

Mitchell thinks the key issues Baltimore voters want to hear about are schools, fighting crime and economic development in their neighborhoods.

"City residents want to see cranes" in places other than downtown, he said.

State Sen. Lisa A. Gladden, a Democrat who represents Northwest Baltimore, said the lack of a Baltimore candidate is a real factor in the election. She said city voters have the perception that people from Montgomery look down on them, and they don't necessarily feel much affinity with Prince George's.

Gladden worries that what she sees as voter apathy now could carry through into the general election. Though she has endorsed Brown, she doesn't see any of the candidates stirring much excitement.

"A decent Republican can win because turnout's going to be terrible," she said. "I don't get a sense that any of these candidates are going to inspire turnout."

Other Democratic lawmakers are more optimistic about the party's prospects, and city activists appear to be engaged. Last week, a forum sponsored by the BEST Democratic Club for the party's three lieutenant governor candidates drew an overflow crowd to the Sign of the Times restaurant in East Baltimore.

The consensus: While it might have started out as a Brown-Gansler contest, it's now a lively three-way race.

Ashiah Parker of Sandtown-Winchester, who attended the forum, sees things to like about all three tickets. But she believes city Democrats are focused right now on General Assembly contests.

"At this point, the local races are the most interesting," she said.

Brown has the backing of most of Baltimore's political establishment — including Gov. Martin O'Malley and Mayor Stephanie Rawlings-Blake. But he's also the closest thing to an incumbent in the race at a time when Baltimore has been experiencing a spike in homicides, and his opponents say the administration deserves some of the blame.

Brown calls the endorsements by city officials "a reflection of our past performance together and what we can accomplish in the future."

He defends the O'Malley administration's record in the city, pointing to such accomplishments as a public-private partnership to expand Seagirt Marine Terminal and Amazon.com's plan's to build a giant warehouse with 1,000 jobs in Southeast Baltimore.

Brown's campaign says it has recruited 406 volunteers and has placed 6,619 calls — not counting robo-calls — to city voters. He was the only gubernatorial candidate to attend the running mates' forum.

Gansler is billing himself as "the Baltimore candidate in the race," noting that the attorney general's office is in the city and that he has been an Orioles season ticket holder since before Brown moved to Maryland.

"I'm in Baltimore every day. I have a relationship with the communities in Baltimore," he said. "Since William Donald Schaefer, there really hasn't been a governor that's focused on the needs of Baltimore City and where Baltimore City has improved under that governor."

Among the issues Gansler sees as critical to Baltimore voters are recovering lost jobs, building a high-speed rail line between the city and Washington, and easing re-entry into society for ex-offenders. He pointed to statistics showing that 59 percent of people released from the state's prison system return to Baltimore. Gansler also has come out against spending $30 million on a youth jail in Baltimore.

Mizeur, a two-term Montgomery County legislator, said she was taking part in rallies against an earlier $70 million version of the jail project as far back as 2011. Gansler's opposition, she said, "was a little late to the party." Mizeur also noted that she advocated for a massive Baltimore school construction plan that year — two years before a $1.1 billion program was approved by the General Assembly.

The Mizeur campaign is a lower-cost effort than Brown's or Gansler's but has been active in the city — from Charles Village house parties to appearances at African-American churches to a cleanup project in Canton. On Feb. 26, she'll be back for a forum in Mount Washington.

"We've joked that the mayor should probably start charging me taxes because of how much I'm in the city," Mizeur said.

She has released a public safety plan geared toward reducing the number of prison inmates in Maryland and ending what she calls "the failed war on drugs" — potentially potent issues in African-American communities that struggle with a high rate of incarceration. She promoted the plan in a daylong city media blitz that included appearances on the Marc Steiner and Dan Rodricks radio shows, as well as an interview on Fox 45.

Mizeur has also sought to connect with Baltimore voters on issues of local significance. She visited the Morrell Park community in Southwest Baltimore to oppose plans to locate a CSX multimodal facility in the neighborhood.

Some political pros say rank-and-file Baltimore voters, unused to a June primary, have yet to focus on the governor's race.

"The interest isn't there yet. I basically feel we're not going to get a serious buzz until the [General Assembly] session is over" in April, said WOLB radio talk-show host Larry Young, who has had the three Democrats on multiple times.

George Hendricks, president of the BEST Democratic club, said he's getting excited about the race but wants to see more from the candidates.

"I think they need to step it up a little bit," he said. "You've got to make Baltimore City believe it belongs again."

*michael.dresser@baltsun.com*



---

## DEATH / LODGE NOTICES

**ROTH, Richard C.**
On February 12, 2014, Richard C. Roth, of Bel Air passed away surrounded by his family. He was 82. Most recently Mr. Roth worked for RTKL as a Professional Engineer until his retirement in 1996. Mr. Roth was married on June 14, 1953 to Janet (nee Huggins) Roth, and along with her is survived by their three children Ronald E. Roth, Nancy C. January and husband Gary, and Susan L. Graff and husband Robert; two grandchildren; Stephanie and Kelly Ann Graff; and one sister, Dorothy Kaste and husband Lou. Also survived by many nieces and nephews.
Family and friends will honor Dick's life at St. John's Lutheran Church, 8808 Harford Road, Parkville, Maryland 21234 on Monday, February 17, 2014 beginning at 10 AM. In Lieu of Flowers memorial contributions in Dick's name may be made to the church at the address above. Memory tributes may be sent to the family at
www.evansfuneralchapel.com

**ROTHBARD, Ruth**
On February 13, 2014, Ruth Rothbard (nee Meyer); beloved wife of the late Herbert Rothbard; devoted mother of Fran Rothbard and Beth (David) Durrett; dear sister of Barry Meyer and the late Helen Zelda Potash; loving grandmother of Elizabeth Durrett and the late Rachel Durrett.
Services at SOL LEVINSON & BROS., INC., 8900 Reisterstown Road, at Mount Wilson Lane on Tuesday, February 18, at 12 pm. Interment Mikro Kodesh Beth Israel Cemetery - 6700 Bowleys Lane. Please omit flowers. Contributions in her memory may be sent to Northwest Hospital, c/o LifeBridge Health, Department of Development, 2401 W. Belvedere Avenue, Baltimore 21215. In mourning at 3743 Greenway Lane, Owings Mills, MD 21117.
www.sollevinson.com

**RUDOLPH, Charles K. "Rudy"**
On February 13, 2014, Charles "Rudy" K. Rudolph; Beloved husband to Sandra Rudolph; Devoted father to Brian Rudolph and Wendy Rudolph; Cherished grandfather to Jessica, Kyle, and Logan; Dear brother to Robert H. Rudolph.
Relatives and friends may call at the family owned and operated, CONNELLY FUNERAL HOME OF DUNDALK, 7110 Sollers Point Road on Sunday 1-5 PM. Online condolences may also be made @
www.connellyfuneralhomeofdundalk.com

**SANDERS, JoAnne**
SANDERS, JoAnne A. On Wednesday, February 12, 2014, JoAnne A. Sanders (nee Cwik) passed away at age 76. Beloved wife of the late Dale M. Sanders. Survived by children, CMSgt – (Retired) Dale & Lynn Sanders, Dean Sanders, Debbie & Doot Riser, Dina & John Stasik. Her grandchildren include, SrA - (Retired) Stephen Jackson & fiancé Crystal Twilley, Carrie Stasik, C.J. Riser, Amber Sanders, Amanda Riser, A1C Eric Sanders, Sara Stasik& Hannah Stasik. Great-grandmother of Addison Sanders. Sister of Frank& Anna Cwik and the late Marie Gentile. Also survived by special friends, Mary Ann & Ron Huber, Bill Cole& Angie Stasik, Pam & Jon Tyson, Joan Stinchcomb, Courtney McCormick& Corey Huntley.
The family will receive visitors at Singleton Funeral & Cremation Services, 1 2nd Ave, S.W., in Glen Burnie, on Sunday and Monday, February 16 & 17 from 3-5 & 7-9 PM. A Memorial Mass will be held on Tuesday, February 18 at 11 AM at St. Casimir Catholic Church, 2800 O'Donnell Street, Baltimore, MD 21224. In lieu of flowers, donations may be made to The Believe in Tomorrow Children's House at St. Casimir, 6601 Frederick Road, Catonsville, MD 21228.
For further information, please visit www.singletonfuneralhome.com

**SHANE, Kenneth**
On February 12, 2014, Kenneth Ira Shane, divorced former husband of Gail Shane (nee Hanover); beloved father of Justin (Jessia) Shane, and Erica Shane; loving brother of Robin Shane (Steve Van Till); cherished grandfather of Kathryn Frances Shane.
Funeral services are private. Please omit flowers. The family will be receiving at 7518 Carpenter Street, Fulton, MD 20759 Sunday only.

**SMALLEY, Lacy E.**
Mrs. Lacy Elizabeth (Waltz) Smalley, 89 of Gettysburg, PA, passed away on Wednesday, February 12, 2014 at the York General Hospital. Wife of: (late) George Richard Smalley. Mother of: Leslie Bowyer(Bill Tracy) and Alice Blankenship(Edward); grandmother of Stuart Bowyer, Lauren Bowyer, Jason Blankenship (Danielle), Adam Blankenship (Linda), and Dustin Blankenship. Sister-in-law of: George Layman, Aunt of: Robert Arnold and George Layman III (Rebecca).
Friends will be received on Sunday, Feb. 16, 2014 from 2-4 and from 6-8 PM at the Keeney and Basford Funeral Home, 106 E. Church St., Frederick where services will be held on Monday, Feb. 17, 2014 at 2 PM. The interment will be held on Tuesday, Feb. 18, 2014 at 11 AM in Meadowridge Memorial Park, Elkridge. In lieu of flowers, donations may be sent to Emerge, Inc, 9180 Rumsey Road, Columbia, MD 21045, in honor of her grandson, Stuart, who has autism. Donations may also be made to the Humane Society of Carroll County, 2517 Littlestown Pike, Westminster, MD 21158.

**STRYKER, Emily Schuetz**
Emily Schuetz Stryker, age 26 of Baltimore passed away suddenly on February 11, 2014. Beloved wife of Taran Stryker; cherished daughter of Eric and Julie (Lindblad) Schuetz of Towson; loving sister of Cameron and Kirsten Schuetz, both of Towson. She is also survived by many loving grandparents, aunts, uncles, cousins and close friends. Mrs. Stryker graduated from Randolph Macon Woman's College with a BA in Physics and a minor in Classics in 2008 and from the U of Delaware with a MS in Art Conservation from the Winterthur Program (WUDPAC) in 2013. She was employed by Amrestore in Glen Burnie as an Art Conservator. Emily touched many lives and will be missed by all who were fortunate to have been part of her life. Family will receive friends Sunday 16 from 3-5 and 7-9pm in the family owned PARKVIEW FUNERAL HOME & CREMATION SERVICE by Brent Francis, PA, 7527 Harford Rd (2 blocks S. of Taylor Ave), Parkville. Emily's Life will be Celebrated Monday at 11am in Central Presbyterian Church, 7308 York Rd (at Stevenson Rd), Towson. In lieu of flowers donations may be made in Emily's name to the Leukemia & Lymphoma Society, Maryland Chapter Attn: Jackie Stern, 100 Painters Mill Rd, Suite 800, Owings Mills, MD 21117 or www.lls.org Please leave condolences for Emily's family on www.parkviewfh.com
www.parkviewfh.com

**VOLLERTHUM, John**
On February 11, 2014, John Vollerthum; beloved husband of Renee Vollerthum; devoted nephew of Madelyn Vollerthum and her late husband Will, Frederick "Fritz" Kimball and his wife Rosemary "Sis"; loving cousin of Bill and Ellie Vollerthum, Jim and Celeste Vollerthum.
Relatives and friends are invited to call at the Schimunek Funeral Home, Inc., 9705 Belair Road (at Forge Rd) on Sunday from 2-4 pm and 7-9 pm where a funeral service will be celebrated on Monday at 11:00 am. Interment: Parkwood Cemetery. If desired, contributions may be made to a charity of your choice in memory of John Vollerthum.
www.schimunekfuneralhomes.com

**WALTERS, Muriel**
On February 12, 2014, MURIEL LYNN WALTERS, of Severna Park, She is survived by her parents, Ronald Howard Walters, Jr. and Lynette Renee Walters, sisters, Ariel Lynette Walters, Danielle Lynette Walters, and twin sister, Gabrielle Lynn Walters, brother, Nathaniel Wilton Howard Walters, grandmothers, Edith Lynette Geldmacher and Janet Lee Roelecke.
Friends may visit on Tuesday, February 18, 2014 from 2-4 and 6-8 pm at Barranco & Sons, P.A. Severna Park Funeral Home. The Funeral Service will be held at 11 am on Wednesday, February 19, 2014 at Severna Park United Methodist Church, 731 Benfield Rd. Severna Park, MD 21146. Interment will be in MD Veterans Cemetery in Crownsville, MD In lieu of flowers, donations may be made to Hospice of the Chesapeake (for Children's Care), 90 Ritchie Highway, Pasadena, MD 21122. Online condolences may be made at:
www.barrancofuneralhome.com

---

*Photos for Death Notices for the next day or future publications can be emailed Monday through Friday by 2 P.M. to*
**deathnotices@baltsun.com**

---

## LEGAL NOTICES

**NOTICE OF PUBLIC SALE OF PERSONAL PROPERTY**
Notice is hereby given that the undersigned will sell to satisfy lien of the owner, at public sale by competitive bidding on February 20, 2014 2:30 pm at the Extra Space Storage #1439 facility located at 2400 N Howard St Baltimore, MD 21218, 410-554-4824. The personal goods stored therein by the following may include, but are not limited to general household, furniture, boxes, clothes, and appliances.
#1050 Fran Simon,#1100 Ibironke Olayimika,#1118 Dunni Adekanmbi,#1157 Sherrie Howell,#1201 Russell Carrington 4th,#2015 Sharon Jones,#2020 Antmoe Allen,#2096 Letticia Mccray,#2156 Lenise Robinson,#2162 Courtney Kellum,#2168 Chadon Bradshaw,#2195 Renee Smith,#2203 James Fisher,#2206 Alexander Sims,#2223 Brandi Foster,#2247 Anne Preis,#2264 Delonte Thompson,#2281 Ernest Carter,#2288 Fran Collins,#2319 Stephany Lewis,#2327 Jermaine Johnson,#3088 Valerie Burrell,#3092 Devin Brown,#3099 Alisa Green,#3119 Jasmine Mccown,#3141 Kimberly Ellison,#3155 Antwon Cooper,#3220 Shawnice Jackson,#3235 LaPonda Lewis,#3243 Beverly Daleus,#3245 Karriem Shabazz
Purchases must be made with cash only and paid at the time of sale. All goods are sold as is and must be removed at the time of purchase. Extra Space Storage reserves the right to refuse any bid. Sale is subject to adjournment. Phillip P Cline Auctioneer Baltimore, City Lic# AU0000015

Sprint proposes to install new wireless telecommunications antennas on an existing transmission tower at the intersection of Perry Hall Boulevard and Southfield Drive, White Marsh, Baltimore County, MD 21162. Sprint proposes to remove and replace 12 existing antennas with 3 new antennas (1 per sector) at a center height of 77.5 feet. Additional support equipment will be placed within the existing equipment shelter. Any interested party wishing to submit comments regarding the potential effects of the proposed facility may have on any historic property may do so by sending such comments to: Project 61140382-AKF c/o EBI Consulting, 4876 Susquehanna Trail South, York, PA 17403 or 339-234-1593.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND - (Baltimore Division)**

In re: ) Case No:
FIRST MARINER BANCORP ) 14-11952-DER
Debtor ) Chapter 11)

**NOTICE OF INTERIM ORDER ESTABLISHING NOTIFICATION AND HEARING PROCEDURES FOR TRANSFERS OF CERTAIN EQUITY SECURITIES**

PLEASE TAKE NOTICE THAT on February 10, 2014 (the "Petition Date"), First Mariner Bancorp ("FMAR" or the "Debtor"), commenced a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code. **Please note that First Mariner Bank (the "Bank") is not a debtor in this bankruptcy case and it continues to operate in the ordinary course of its business. Accordingly, the Bank's deposits continue to be insured by the Federal Deposit Insurance Corporation to the fullest extent possible.**

**IF YOU HAVE ANY QUESTIONS WITH RESPECT TO THIS NOTICE, PLEASE FEEL FREE TO CONTACT THE DEBTOR'S COUNSEL AT** FMAR@ommingt.com **or (866) 205-3145 (a toll-free number).**

PLEASE TAKE FURTHER NOTICE THAT on February 10, 2014, the Debtor filed a motion for emergency relief in the form of an interim order to establish notification and hearing procedures on certain transfers of FMAR's common stock [Docket No. 6] (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT on February 11, 2014, the United States Bankruptcy Court for the District of Maryland, Baltimore Division (the "Court") held a hearing on the Motion and, on February 13, 2014, it entered an Interim Order approving the procedures set forth below [Docket No. 47] (the "Trading Procedures"). As further described below, the Trading Procedures will generally apply to any person who owns, directly or indirectly, more than 4.75% of FMAR's common stock.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Order, the following Trading Procedures shall apply to holding and trading in FMAR's common stock:

a. Any Person (as defined in paragraph "f" below) who currently is or becomes a Substantial Shareholder (as defined in paragraph "f" below) must file with the United States Bankruptcy Court for the District of Maryland (the "Court"), 101 W Lombard Street, Baltimore, MD 21201, and serve upon the Debtor's bankruptcy counsel, Kramer Levin Naftalis & Frankel LLP, Attn: Robert T. Schmidt and Joshua K. Brody, 1177 Avenue of the Americas, New York, NY 10036, a declaration of such status in the form of **Exhibit C** attached to the Motion (each, a "Declaration of Status"), on or before the later of (i) 30 days after the date the Debtor serves a notice of entry of the Interim Order (the "Notice of Order") and (ii) ten days after becoming a Substantial Shareholder.

b. If a Person intends to effectuate any transfer of Beneficial Ownership (as defined in paragraph "f" below) of Equity Securities that would result in either (i) an increase in the amount of Equity Securities (as defined in paragraph "f" below) of which a Person has Beneficial Ownership, if such Person is already a Substantial Shareholder, or (ii) such Person becoming a Substantial Shareholder, such Person must file with the Court, and serve upon counsel to the Debtor, an advance written declaration of the intended transfer of Equity Securities in the form of **Exhibit E** attached to the Motion (each, a "Declaration of Intent to Purchase").

c. Prior to effectuating any transfer of Beneficial Ownership of Equity Securities that (i) would result in a decrease in the amount of Equity Securities of which a Substantial Shareholder has Beneficial Ownership or (ii) would result in a Person ceasing to be a Substantial Shareholder, such Substantial Shareholder must file with the Court, and serve upon counsel to the Debtor, an advance written declaration of the intended transfer of Equity Securities in the form of **Exhibit F** attached to the Motion (each, a "Declaration of Intent to Sell" and with a Declaration of Intent to Purchase, each, a "Declaration of Proposed Transfer").

d. The Debtor will have 15 calendar days after receipt of a Declaration of Proposed Transfer to file with the Court, and serve on such Substantial Shareholder or potential Substantial Shareholder, an objection to any proposed transfer of Beneficial Ownership of Equity Securities described in the Declaration of Proposed Transfer on the grounds that such transfer might adversely affect the Debtor's or the Bank's ability to utilize NOLs. If the Debtor files an objection, such transaction is not effective unless such objection is withdrawn by the Debtor or such transaction is approved by a final order of the Court that is no longer subject to appeal. If the Debtor does not object within such 15-day period, such transaction can proceed solely as set forth in the Declaration of Proposed Transfer. Further transactions within the scope of this paragraph 29 must be the subject of additional notices in accordance with the procedures set forth herein, with an additional 15-day waiting period for each such additional Declaration of Proposed Transfer.

e. Any acquisition, disposition, or other transfer of the Equity Securities of the Debtor in violation of the Trading Procedures shall be null and void *ab initio* as an Act in violation of the automatic stay under section 362 of the Bankruptcy Code.

f. For purposes of these Trading Procedures:
"Beneficial Ownership" of Equity Securities is determined under IRC section 382 and related regulations and includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries) and a partner in a partnership would be considered to own its proportionate share of any equity securities owned by such partnership), ownership by such holder's family members and entities acting in concert with such holder to make a coordinated acquisition of equity securities and ownership of equity securities that such holder has an Option or warrant to acquire.

"Equity Securities" means common stock of FMAR or of any beneficial interest therein (including Options with respect thereto).

"Option" means an option to acquire equity securities, including any contingent purchase, warrant, convertible debt, put, call, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

"Person" shall have the same meaning as the term "person" in IRC section 7701(a)(1).

"Substantial Shareholder" means any Person that has Beneficial Ownership of at least 936,443 shares of FMAR's common stock (representing approximately 4.75% of all issued and outstanding shares of FMAR common stock).[1]

ANY ACQUISITION, DISPOSITION, OR OTHER TRANSFER OF EQUITY SECURITIES OF THE DEBTOR IN VIOLATION OF THE TRADING PROCEDURES SHALL BE NULL AND VOID AB INITIO AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the entry of an order granting the relief requested in the Motion on a final basis will be held on **March 7, 2014 at 10:00 a.m.** Any responses or objections to the relief requested in the Motion must be made in writing, state with particularity the grounds on which the objection is based, and filed with the Court and served so as to be received by the following parties by no later than **February 28, 2014 at 5:00 p.m.**, (i) the Debtor's bankruptcy counsel, Kramer Levin Naftalis & Frankel LLP, Attn: Robert T. Schmidt and Joshua K. Brody, 1177 Avenue of the Americas, New York, NY 10036; (ii) the Debtor's local Maryland bankruptcy counsel, Yumkas, Vidmar & Sweeney, LLC, Attn: Lawrence J. Yumkas, 2530 Riva Road, Suite 400, Annapolis, MD 21140; (iii) the Debtor's special transaction and regulatory counsel, Kilpatrick Townsend & Stockton LLP, Attn: Gary Bronstein and Joel E. Rappoport, 607 14th Street, NW, Suite 900, Washington, DC 20005-2018; (iv) counsel to the Stalking Horse Bidder, Venable LLP, Attn: Richard L. Wasserman, 750 East Pratt Street, Suite 900, Baltimore, Maryland 21202; (v) the Office of the United States Trustee, Attn: Mark A. Neal, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201; and (vi) counsel to the official committee of unsecured creditors.

PLEASE TAKE FURTHER NOTICE THAT if no such objections are timely filed and served in accordance with the above requirements, the Court may approve the Motion without further notice.

PLEASE TAKE FURTHER NOTICE THAT the requirements set forth in this Notice are in addition to the requirements of applicable law and do not excuse compliance therewith.

**Copies of the Motion and the Interim Order can be obtained from the Debtor's free bankruptcy website** www.FMARRestructuring.com. **If you would like physical copies of the Motion and the Interim Order, please make a request from the Debtor's counsel at** FMAR@ommingt.com **or (866) 205-3145 (a toll-free number).**

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.
[2] Based on a total of 19,714,592 shares of common stock outstanding as of January 30, 2014.

---

**MARYLAND DEPARTMENT OF THE ENVIRONMENT
WATER MANAGEMENT ADMINISTRATION**

**NOTICE OF TENTATIVE DETERMINATION**

**Baltimore County**

**Application for State Discharge Permit 14SF0002, NPDES Permit MD14S0002:**

**Maryland Transportation Authority,** 8019 Corporate Drive, Suite F, White Marsh, MD 21236 submitted an application for a permit to discharge variable volumes of storm water from a construction site named I-95 Section 100: I-95/I-695 Interchange -Contract KH21303 - I695 Unbraid consisting of 240 acres located at I-95/I-695 Interchange, Rosedale, MD 21237 to Stemmers Run, which is Use I(Water Contact Recreation, Fishing, and Protection of Aquatic Life and Wildlife) and Use IV (Recreational Trout Waters) waters. The Department is proposing to issue the applicant an individual permit for stormwater associated with construction activity. In addition to other requirements, the permit requires the site to have an approved erosion and sediment control plan and stormwater management plan; requires that these plans or an addendum address eight critical points of interest related to site design and erosion and sediment controls; requires self-inspections and monitoring of the construction site for a number of specific sediment discharge problems that, if observed, trigger review of site practices; and requirements to meet applicable Total Maximum Daily Loads and Water Quality Standards.

A public hearing on the tentative determination will be scheduled if a written request is received by **February 28, 2014.** The request should be sent to the **Maryland Department of the Environment, Water Management Administration, 1800 Washington Blvd., Suite 420, Baltimore, Maryland 21230-1708 Attn.: Technical Services & Permitting Section (TSPS)** and must include the name, address and telephone number (home, work and cell) of the person making the request, the name of any other party whom the person making the request may represent, and the name of the facility and permit number. Failure to request a hearing by **February 28, 2014** will constitute a waiver of the right to a public hearing on the tentative determination. Written comments concerning the tentative determination will be considered in the preparation of a final determination if submitted to the Department, to the attention of TSPS at the above address, on or before **March 10, 2014.** Any hearing-impaired person who requests a hearing may also request an interpreter at the hearing by contacting TSPS at (410) 537-3019 or by written request to the above address at least ten working days prior to the scheduled hearing date.

Information supporting the tentative determination, including the draft permit, may be reviewed by contacting TSPS at the above telephone number to make an appointment or by written request to TSPS at the above address. Copies of documents may be obtained at a cost of $0.36 per page.

---

**NEPA/5106 PUBLIC NOTICE**
Cellco Partnership and its controlled affiliates doing business as Verizon Wireless is proposing to collocate on the rooftop of an existing structure (Pickles Pub) located at 520 Washington Boulevard, Baltimore, MD, 21230. Public comments regarding potential effects from this site on historic properties may be submitted within 30-days from the date of this publication to Virginia Janssen, Principal Archaeologist, Dynamic Environmental Associates, Inc., 3850 Lake Street, Suite C, Macon, GA 31204, (877) 968-4787, Sec106@DynamicEnvironmental.com. Re: 21401024

---



**CLASSIFIED ADVERTISING DPMT.**
HOURS OF OPERATION:
Monday-Friday 9:00 A.M.-5:30 P.M.
*Legal notices accepted until 5 P.M.*
Saturday 10:00 A.M.-4:00 P.M.
Sunday 10:00 A.M.-4:00 P.M.
*Death notices only on weekends*

**ADVERTISING DISCLAIMER**
The Baltimore Sun reserves the right to revise, reject or edit any advertisement or portion thereof at its sole discretion. Claims for errors must be made within 14 days of an ad appearing. The maximum liability of The Baltimore Sun for any error in printing or in the day of publication shall not exceed the cost of advertisement. To correct ads appearing more than once, it is the responsibility of the advertiser to notify The Sun of any errors to correct subsequent insertions.