IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP, | * | Case No. 14-11952-DER |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

**LINE FILING CONSENT AND STIPULATION ORDER MODIFYING ORDER GRANTING MOTION TO SHORTEN TIME PERIOD TO RESPOND TO (A) THE BID AND AUCTION PROCEDURES AND STALKING HORSE PROVISIONS CONTAINED IN DEBTOR'S SALE MOTION, AND (B) THE DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN DEBTOR-IN-POSSESSION FINANCING**

The Official Committee of Unsecured Creditors (the "Committee") of First Mariner Bancorp (the "Debtor"), hereby files the attached proposed Consent and Stipulation Order Modifying *Order Granting Motion to Shorten Time Period to Respond to (A) the Bid and Auction Procedures and Stalking Horse Provisions Contained in Debtor's Sale Motion, and (B) the Debtor's Motion for Authority to Obtain Debtor-In-Possession Financing* [Dkt. No. 32, February 12, 2014].

Dated: February 27, 2014

/s/ Steven N. Serajeddini
David R. Seligman, P.C., Esquire
(admitted *pro hac vice*)
Jeffrey W. Gettleman, Esquire
(admitted *pro hac vice*)
Steven N. Serajeddini, Esquire
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
david.seligman@kirkland.com
jeffrey.gettleman@kirkland.com
steven.serajeddini@kirkland.com
*Proposed Counsel to the Official Committee to the Unsecured Creditors*

-AND-

/s/ Joel I. Sher
Joel I. Sher, Bar No. 00719
Daniel J. Zeller, Bar No. 28107
Anastasia L. McCusker, Bar No. 29533
**SHAPIRO SHER GUINOT & SANDLER**
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 385-0202
Facsimile: (410) 539-7611
jis@shapirosher.com
djz@shapirosher.com

*Proposed Co-Counsel to the Official Committee to the Unsecured Creditors*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY on this 27th of February, 2014, a copy of the foregoing was served electronically to those parties listed on the CM/ECF docket as being entitled to such electronic notice.

                              /s/Anastasia L. McCusker
                              Anastasia L. McCusker