

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP, | * | Case No. 14-11952-DER |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT AND STIPULATION ORDER MODIFYING ORDER GRANTING
MOTION TO SHORTEN TIME PERIOD TO RESPOND TO
(A) THE BID AND AUCTION PROCEDURES AND STALKING HORSE PROVISIONS
CONTAINED IN DEBTOR'S SALE MOTION, AND (B) THE DEBTOR'S MOTION FOR
<u>AUTHORITY TO OBTAIN DEBTOR-IN-POSSESSION FINANCING</u>**

WHEREAS, on February 12, 2014, the Court entered an *Order Granting Motion to Shorten Time Period to Respond to (A) the Bid and Auction Procedures and Stalking Horse Provisions Contained in Debtor's Sale Motion, and (B) the Debtor's Motion for Authority to Obtain Debtor-In-Possession Financing* [Dkt. No. 32] (the "<u>Order</u>"), and the Debtor and the Official Committee of Unsecured Creditors (the "<u>Committee</u>") wish to modify the terms thereof, good cause appearing therefore, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Objection Deadline as defined in the Order is set to Saturday, March 1, 2014 at 5 P.M. E.S.T. for the Committee only.

Dated: February 27, 2014

| | |
|---|---|
| /s/ P. Bradley O'Neill | /s/ Steven N. Serajeddini |
| P. Bradley O'Neill, Esquire | David R. Seligman, P.C., Esquire |
| **Kramer Levin Naftalis & Frankel LLP** | (admitted *pro hac vice*) |
| 1177 Avenue of the Americas | Jeffrey W. Gettleman, Esquire |
| New York, New York 10036 | (admitted *pro hac vice*) |
| Telephone: (212) 715-7583 | Steven N. Serajeddini, Esquire |
| Facsimile: (212) 715-8000 | (admitted *pro hac vice*) |
| BOneill@KRAMERLEVIN.com | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| *Counsel First Mariner Bancorp* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | david.seligman@kirkland.com |
| | jeffrey.gettleman@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Proposed Counsel to the Official Committee to the Unsecured Creditors*

/s/ Joel I. Sher
Joel I. Sher, Bar No. 00719
Daniel J. Zeller, Bar No. 28107
**SHAPIRO SHER GUINOT & SANDLER**
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 385-0202
Facsimile: (410) 539-7611
jis@shapirosher.com
djz@shapirosher.com

*Proposed Co-Counsel to the Official Committee to the Unsecured Creditors*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.