

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP, | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER ON MOTIONS TO SEAL

The motions to seal filed by the Debtor [Docket No. 114] and the Official Committee of Unsecured Creditors [Docket No. 100] came on for hearing before this court on March 7, 2014, and the court having determined for the reasons stated on the record at that hearing that relief should be granted to the extent provided in this order, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the publicly filed redacted versions of the Debtor's omnibus reply [Docket No. 113] and the Committee's objection [Docket No. 99] shall be accepted as filed and shall be treated as stating the positions of the parties without consideration of any redacted argument or evidence; and it is further,

**ORDERED**, that to the extent either the Debtor or the Committee wishes to rely on any redacted argument or evidence referred to in the omnibus reply or the objection, they may

present it together with a further oral or written motion to seal, at which time the court will determine the extent to which such argument or evidence constitutes confidential non-public commercial information that should be protected under 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure; and it is further,

**ORDERED**, that nothing in this order shall be construed to be a determination that any redacted argument or evidence referred to in the omnibus reply or the objection is or is not confidential non-public commercial information; and it is further,

**ORDERED**, that any and all other and further relief sought in the motions to seal is denied.

cc:   Lawrence J. Yumkas, Esquire
      YUMKAS, VIDMAR & SWEENEY, LLC
      2530 Riva Road, Suite 400
      Annapolis, Maryland 21401

      Joel I. Sher, Esq.
      Daniel J. Zeller, Esq.
      Anastasia L. McCusker, Esq.
      SHAPIRO SHER GUINOT & SANDLER
      36 South Charles Street, 20th Floor
      Baltimore, MD 21201

      Edmund A. Goldberg, Esquire
      OFFICE OF THE U.S. TRUSTEE
      101 W. Lombard Street, Ste. 2625
      Baltimore, MD 21201

**-- End of Order --**