IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION EXTENDING TIME TO RESPOND TO U.S. TRUSTEE'S OBJECTION TO APPLICATION OF SANDLER O'NEILL & PARTNERS FOR COMPENSATION

Sandler O'Neill + Partners, L.P. ("Sandler") and Judy A. Robbins, United States Trustee for Region Four (the "U.S. Trustee"), by their respective undersigned counsel, file this Stipulation Extending Time to Respond to U.S. Trustee's Objection to Application of Sandler O'Neill & Partners for Compensation (the "Objection") as follows:

WHEREAS, on February 28, 2014, Sandler filed its First Monthly Application of Sandler O'Neill + Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period February 10, 2014 through February 28, 2014 and the Statement of Services Rendered and Expenses Incurred by Sandler O'Neill + Partners, L.P., Independent Financial Advisor for the Debtor, for the Period February 10, 2014 through February 28, 2014 [Dkt. # 194];

WHEREAS, on February 28, 2014, Sandler filed its Second Monthly Application of Sandler O'Neill + Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2014 through March 31, 2014 and the Statement of Services Rendered and Expenses Incurred by Sandler O'Neill + Partners, L.P., Independent Financial Advisor for the Debtor, for the Period March 1, 2014 through March 31, 2014 [Dkt. # 195];

WHEREAS, on May 6, 2014, the U.S. Trustee filed the Objection;

WHEREAS, the deadline to respond to the Objection is May 20, 2014;

WHEREAS, the U.S. Trustee anticipates filing an amended objection; and

- 2 -

WHEREAS, the U.S. Trustee is willing to extend the time by which Sandler must respond to the amended objection until twenty one (21) days from the date same is filed.

NOW, THEREFORE, it is hereby stipulated by and between Sandler and the U.S. Trustee that Sandler shall have through and including twenty one (21) days from the date of its filing to file a response to the U.S. Trustee's amended objection.

| | |
|---|---|
|    /s/ Christopher Harris |    /s/ Edmund A. Goldberg |
| Christopher R. Harris | Edmund A. Goldberg, 08943 |
| Latham & Watkins LLP | Office of the U.S. Trustee |
| 885 Third Avenue | 101 West Lombard Street, Suite 2625 |
| New York, New York  10022 | Baltimore, Maryland  21201 |
| (212) 906-1880 | (410) 962-4300 |
| christopher.harris@lw.com | edmund.a.goldberg@usdoj.gov |
| *Pro Hac Vice* Application to be filed | |
| | Counsel for Judy A. Robbins, United States |
| Attorneys for Sandler O'Neill + Partners, L.P. | Trustee for Region Four |

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original stipulation; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

   /s/ Edmund A. Goldberg
Edmund A. Goldberg

- 3 -

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 20th day of May 2014, notice of filing of the Stipulation Extending Time to Respond to U.S. Trustee's Objection to Application of Sandler O'Neill & Partners for Compensation (the "Stipulation") was sent electronically to those parties listed on the docket as being entitled to such electronic notices, and a copy of the Stipulation was mailed first class, postage prepaid to the parties on the attached service list.

                /s/ Catherine Nownes-Whitaker
                Catherine Nownes-Whitaker

First Mariner Bank
Attention: Joseph F. Howard,
Sr. Vice President, General Counsel
1501 South Clinton Street
Baltimore, Maryland  21224

The Bank of New York, Trustee
f/b/o Mariner Capital Trust II
Attn: Corporate Trust Administration
200 White Clay Center Drive
White Clay Center, Route 273
Newark, Delaware  19711

Wells Fargo Bank, NA, Trustee
f/b/o Mariner Capital Trust III
Attn: Corporate Trust Administration
919 Market St. Suite 700
Wilmington, Delaware  19801

The Bank of New York, Trustee
f/b/o Mariner Capital Trust IV
Attn: Corporate Trust Administration
200 White Clay Center Drive
White Clay Center, Route 273
Newark, Delaware  19711

Wells Fargo Bank, NA, Trustee
f/b/o Mariner Capital Trust VI
Attn: Corporate Trust Administration
919 Market Street, Suite 700
Wilmington, Delaware  19801

Wilmington Trust Company, Trustee
f/b/o Mariner Capital Trust V
Attn: Corporate Trust Administration
Rodney Square N 1100 N. Market St.
Wilmington, Delaware  19890-1600

Wilmington Trust Company, Trustee
f/b/o Mariner Capital Trust VII
Attn: Corporate Trust Administration
Rodney Square N., 1100 N. Market St.
Wilmington, DE 19890-1600

Internal Revenue Service
P. O. Box 7346
Philadelphia, Pennsylvania 19101-7346

IRS
Special Procedures – Insolvency Unit
31 Hopkins Plaza Room 1150
Baltimore, Maryland  21201

Federal Deposit Insurance Corporation
Julie Howland
350 Fifth Avenue
New York, New York  10118-0110

Federal Reserve Bank of Richmond
Richard Gilbert
701 East Byrd Street
Richmond, Virginia  23219

Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, New York  10271

Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654

David R. Seligman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654

Comptroller of Maryland
Compliance Division
110 Carroll Street
Annapolis, Maryland  21411

The following parties received
electronic notice of the filing:

Office of the U.S. Trustee
101 West Lombard Street
Baltimore, Maryland  21201

Gary R. Bronstein, Esquire
Sandler O'Neill + Partners, L.P.
607 14th Street, NW Suite 900
Washington, D.C.  20005-2018

Joel Rappoport, Esquire
Sandler O'Neill + Partners, L.P.
607 14th Street, NW Suite 900
Washington, D.C.  20005-2018

Robert T. Schmidt, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Martin H. Schreiber II, Esquire
Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, Maryland  21211

Edward S. Stein
Sandler O'Neill & Partners LP
1251 Avenue of the Americas, 6th Floor
New York, New York  10020

Lawrence J. Yumkas, Esquire
Sandler O'Neill + Partners, L.P.
2530 Riva Road, Suite 400
Annapolis, Maryland  21401

Joel I. Sher, Esquire
Daniel J. Zeller, Esquire
Anastasia McCusker (Albright), Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201-3147

Edmund Goldberg, Esquire
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Richard L. Wasserman, Esquire
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202