IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FIRST MARINER BANCORP | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| Debtor | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

NOTICE OF CHANGE OF CASE CAPTION

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.    On April 21, 2014, the Court entered an order approving the transfer and sale of assets of First Mariner Bancorp (together with any successor thereof, the "Debtor") to RKJS Bank pursuant to the Merger and Acquisition Agreement (the "Merger Agreement") [Dkt. No. 189] (the "Sale Order").

2.    Pursuant to the Merger Agreement, prior to or reasonably contemporaneously with the closing of the sale, the Debtor is required to change its name to a name that no longer has any variation of "First Mariner" or "1st Mariner".  The Sale Order authorized the Debtor to consummate the name change without any further Court authority and requires the Debtor to file a notice of change of case caption within five business days of closing. *See* Sale Order ¶ 14.

3.    RKJS Bank has obtained all of the requisite regulatory approvals, and the sale is set to close imminently.  Accordingly, in accordance with the Merger Agreement, the Debtor has changed its name from "First Mariner Bancorp" to "Capital Trust Holdings, Inc."

4.    In accordance with the Sale Order, the Debtor hereby files this notice of change of case caption for this Chapter 11 case to reflect the Debtor's name change.  A copy of the new case caption is attached hereto as **Exhibit A**.  Pursuant to the Sale Order, the change of case caption shall be deemed effective as of the sale closing.

/s/ Lawrence J. Yumkas
Lawrence J. Yumkas, 06357
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401
(443) 569-0758
lyumkas@yvslaw.com

Robert T. Schmidt
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
rschmidt@kramerlevin.com
jbrody@kramerlevin.com

Counsel for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2014, notice of filing the Notice of

Change of Case Caption (the "Notice") was sent electronically to those parties listed on the

docket as being entitled to such electronic notices, and a copy of the Notice was mailed first

class, postage prepaid to the parties on the attached service list.

/s/ Catherine Nownes-Whitaker
Catherine Nownes-Whitaker

4848-2502-9659, v. 1                                    - 2 -

Arent Fox LLP
Attention: Andrew I. Silfen
1675 Broadway
New York, New York  10019

Arent Fox LLP
Attention: Jeffrey N. Rothleder
1717 K Street, N.W.
Washington, D.C.  20036

Cadwalader Wickersham & Taft LLP
Attention: Andrew Lom
One World Financial Center
New York, New York  10281

Cohen & Company Financial Mgmt LLC
Attention: Peter Addai, as Manager for
Alesco Preferred Funding I, L
Cira Centre, 2929 Arch Street, 17th Fl.
Philadelphia, Pennsylvania  19104

Commission of Financial Regulation
Attn: Mark Kaufman, Commissioner
500 North Calvert Street, Suite 401
Baltimore, Maryland  21202

Comptroller of Maryland
Compliance Division
110 Carroll Street
Annapolis, Maryland  21411

Covington & Burling LLP
Attention: Michael P. Reed
1201 Pennsylvania Avenue, NW
Washington, D.C.  20004

Emmet, Marvin & Martin, LLP
Attention: Edward Zujkowski and
Thomas Pitta
120 Broadway 32nd Floor
New York, New York  10271

Eton Park Capital Management L.P
399 Park Avenue, 10th Floor
New York, New York  10022

Federal Deposit Insurance Corporation
Attention: Julie Howland
350 Fifth Avenue
New York, New York  10118-0110

Federal Reserve Bank of Richmond
Attention: Richard Gilbert
701 East Byrd Street
Richmond, Virginia  23219

First Mariner Bank
Attention: Joseph F. Howard,
Sr. Vice President, General Counsel
1501 South Clinton Street
Baltimore, Maryland  21224

Gohn, Hankey & Stichel, LLP
Attention: Jan I. Berlage
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Internal Revenue Service
P. O. Box 7346
Philadelphia, Pennsylvania 19101-7346

IRS
Special Procedures – Insolvency Unit
31 Hopkins Plaza, Room 1150
Baltimore, Maryland  21201

Gary R. Bronstein, Esquire
Joel Rappoport, Esquire
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, D.C.  20005-2018

Steven N. Serajeddini, Esquire
David R. Seligman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654

Reed Smith LLP
Attention: Eric Schaffer/Jared Roach
225 Fifth Avenue
Pittsburgh, Pennsylvania  15222

Sandler O'Neill & Partners LP
Attention: Edward S. Stein
1251 Avenue of the Americas, 6th Floor
New York, New York  10020

Skadden Arps
Attention: Brian D. Christiansen
1440 New York Avenue, N.W.
Washington, D.C.  20005

The Bank of New York, Trustee
f/b/o Mariner Capital Trust II
Attn: Corporate Trust Administration
200 White Clay Center Drive
White Clay Center, Route 273
Newark, Delaware  19711

The Bank of New York, Trustee
f/b/o Mariner Capital Trust IV
Attn: Corporate Trust Administration
200 White Clay Center Drive
White Clay Center, Route 273
Newark, Delaware  19711

Trapeza CDO II, LLC
Attention: Carolyn Thagard
441 Vine Street, Suite 1300
Cincinnati, Ohio  45202

Wachtell, Lipton, Rosen & Katz
Attention: Richard K. Kim
51 West 52nd Street
New York, New York  10019

Wells Fargo Bank, NA, Trustee
f/b/o Mariner Capital Trust III
Attn: Corporate Trust Administration
919 Market St. Suite 700
Wilmington, Delaware  19801

Wells Fargo Bank, NA, Trustee
f/b/o Mariner Capital Trust VI
Attn: Corporate Trust Administration
919 Market Street, Suite 700
Wilmington, Delaware  19801

Wilmington Trust Company, Trustee
f/b/o Mariner Capital Trust V
Attn: Corporate Trust Administration
Rodney Square N 1100 N. Market St.
Wilmington, Delaware  19890-1600

Wilmington Trust Company, Trustee
f/b/o Mariner Capital Trust VII
Attn: Corporate Trust Administration
Rodney Square N., 1100 N. Market St.
Wilmington, DE 19890-1600

Robert T. Schmidt, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

The following parties received
electronic notice of the filing:


Jan I. Berlage, Esquire
Counsel for Hildene Capital
Management, LLC
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Edmund A. Goldberg, Esquire
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Anastasia L. McCusker, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201


Thomas Angelo Pitta, Esquire
Counsel for Bank of New York Mellon
Emmet Marvin & Martin LLP
120 Broadway
New York, New York  10271

Jeffrey Neil Rothleder, Esquire
Counsel for Wilmington Trust Company
Arent Fox LLP
1717 K Street NW
Washington, D.C.  20036

Martin H. Schreiber, II, Esquire
Counsel for Bank of New York Mellon
Law Office of Martin H Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, Maryland  21211


Dennis J. Shaffer, Esquire
Counsel for Edwin F. Hale, Sr.
Whiteford Taylor Preston, LLP
7 Saint Paul Street
Baltimore, Maryland  21202-1636

Joel I. Sher, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201

Richard Wasserman, Esquire
Counsel for RKJS Bank
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202


Andrew M. Weiner, Esquire
Counsel for National Penn Bank
Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C.  20005

Lawrence J. Yumkas, Esquire
Counsel for First Mariner Bank
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401

Daniel Joseph Zeller, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland  21201

**<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                          *

CAPITAL TRUST HOLDINGS, INC.                    *          Case No: 14-11952-DER
(f/k/a First Mariner Bancorp)                                      (Chapter 11)
                                                *
        Debtor                                  *

        *       *       *       *       *       *       *       *       *       *       *       *