

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| Capital Trust Holdings, Inc.<br>(f/k/a/ First Mariner Bancorp) | * | Case No: 14-11952-DER<br>(Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION AND CONSENT ORDER GRANTING THE APPLICATION
FOR INTERIM COMPENSATION AND FEE STATEMENTS OF
<u>SANDLER O'NEILL & PARTNERS, L.P., WITH MODIFICATIONS</u>

Sandler O'Neill & Partners, L.P. ("Sandler O'Neill") and Judy A. Robbins, United States Trustee for Region Four (the "U.S. Trustee"), by their respective undersigned counsel, do hereby enter into this Stipulation and Consent Order:

WHEREAS, on April 28, 2014, Sandler O'Neill filed its First Monthly Application of Sandler O'Neill & Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period February 10, 2014 through February 28, 2014 and the Statement of Services Rendered and Expenses Incurred by Sandler O'Neill & Partners, L.P., Independent Financial Advisor for the Debtor, for the Period February 10, 2014 through February 28, 2014 [Dkt. # 194];

WHEREAS, on April 28, 2014, Sandler O'Neill filed its Second Monthly Application of Sandler O'Neill & Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2014 through March 31, 2014 and the Statement of Services Rendered and Expenses Incurred by Sandler O'Neill & Partners, L.P., Independent Financial Advisor for the Debtor, for the Period March 1, 2014 through March 31, 2014 [Dkt. # 195];

WHEREAS, on May 6, 2014, the U.S. Trustee filed the Objection to Application of Sandler O'Neill & Partners for Compensation [Dkt. #200];

WHEREAS, on May 20, 2014, the U.S. Trustee filed an Amended Objection to Sandler O'Neill & Partners' Request for Compensation [Dkt. #210];

WHEREAS, on May 30, 2014, Sandler O'Neill filed its Third Monthly Application of Sandler O'Neill & Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2014 through April 30 [Dkt. #225] and Application of Sandler O'Neill & Partners, L.P. as Independent Financial Advisor for the Debtor for Interim Compensation and Reimbursement of Expenses Incurred for the Period February 10, 2014 Through April 30, 2014 [Dkt. # 226] (the "**Interim Application**," and, together with the First Monthly Application, Second Monthly Application and Third Monthly Application, the "**Fee Applications**");

WHEREAS, on June 19, 2014, the U.S. Trustee filed an Objection to Sandler O'Neill & Partners, L.P.'s Interim Application for Compensation and Reimbursement of Expenses for the Period of February 10, 2014 through April 30, 2014 [Dkt. #244] (together with the May 6, 2014 Objection and the May 20, 2014 Amended Objection, the "**U.S. Trustee Objections**");

WHEREAS, in the interests of fully resolving the issues raised in the U.S. Trustee Objections, Sandler O'Neill and its counsel have provided to the U.S. Trustee documentation of Sandler O'Neill's projected attorneys' fees related to opposing the U.S. Trustee Objections, which projected expenses total approximately $78,000;

WHEREAS, the U.S. Trustee and Sandler O'Neill have arrived at a mutually agreeable resolution of the issues raised in the U.S. Trustee Objections;

WHEREAS, the deadline to object to the Fee Applications has passed except as to the Official Committee of Unsecured Creditors, as to whom an extension was granted until July 30, 2014, and counsel to the Committee has confirmed that this Stipulation and Consent Order, which has been shared with Counsel to the Committee, resolves any objections that Committee might have regarding the Fee Applications;

NOW, THEREFORE, it is hereby stipulated by and between Sandler O'Neill and the U.S. Trustee and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1. Sandler O'Neill agrees to reduce the amount sought in its Interim Fee Application by $47,000, and agrees in future fee applications not to seek reimbursement of legal expenses related to opposing the U.S. Trustee Objections (which expenses are projected to be approximately $78,000);

2. The approved amount of Sandler O'Neill's Interim Fee Application is $101,575.55.

3. Sandler O'Neill shall implement conflict procedures to ensure that, in any future debtor representations, Sandler O'Neill shall apply its conflict procedures to any entities it anticipates contacting as a potential bidder, and shall disclose in its verified statement filed pursuant to Bankruptcy Rule 2014(a) any connections it may have to such potential bidders;

4. The U. S. Trustee withdraws the U.S. Trustee Objections and will not object to future Sandler O'Neill fee applications on the same grounds raised in the U.S. Trustee Objections; and

5. Sandler O'Neill's Interim Application is GRANTED, as modified herein.

CONSENTED TO:

Dated: July 18, 2014

| /s/ Christopher R. Harris | /s/ Gerard R. Vetter |
|---|---|
| Christopher R. Harris (*admitted pro hac vice*) | Gerard R. Vetter, 08521 |
| Latham & Watkins LLP | Assistant U.S. Trustee |
| 885 Third Avenue | 101 West Lombard Street, Suite 2625 |
| New York, New York 10022 | Baltimore, Maryland 21201 |
| (212) 906-1880 | (410) 962-4300 |
| christopher.harris@lw.com | gerard.r.vetter@usdoj.gov |
| | |
| Attorneys for Sandler O'Neill + Partners, L.P. | Counsel for Judy A. Robbins, United States Trustee for Region Four |

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original stipulation; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

/s/ Christopher R. Harris
Christopher R. Harris

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of July 2014, notice of filing of the Stipulation Extending Time to Respond to U.S. Trustee's Amended Objection to Application of Sandler O'Neill & Partners, L.P. for Compensation (the "Stipulation") was sent electronically to those parties listed on the docket as being entitled to such electronic notices, and a copy of the Stipulation was mailed first class, postage prepaid to the parties on the attached service list.

                                                        /s/ Christopher R. Harris
                                                          Christopher R. Harris

| | | |
|---|---|---|
| First Mariner Bank<br>Attention: Joseph F. Howard,<br>Sr. Vice President, General Counsel<br>1501 South Clinton Street<br>Baltimore, Maryland  21224 | The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust II<br>Attn: Corporate Trust Administration<br>200 White Clay Center Drive<br>White Clay Center, Route 273<br>Newark, Delaware  19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust III<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, Delaware  19801 |
| The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust IV<br>Attn: Corporate Trust Administration<br>200 White Clay Center Drive<br>White Clay Center, Route 273<br>Newark, Delaware  19711 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust VI<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware  19801 | Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust V<br>Attn: Corporate Trust Administration<br>Rodney Square N 1100 N. Market St.<br>Wilmington, Delaware  19890-1600 |
| Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust VII<br>Attn: Corporate Trust Administration<br>Rodney Square N., 1100 N. Market St.<br>Wilmington, DE 19890-1600 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | IRS<br>Special Procedures – Insolvency Unit<br>31 Hopkins Plaza Room 1150<br>Baltimore, Maryland  21201 |
| Federal Deposit Insurance Corporation<br>Julie Howland<br>350 Fifth Avenue<br>New York, New York  10118-0110 | Federal Reserve Bank of Richmond<br>Richard Gilbert<br>701 East Byrd Street<br>Richmond, Virginia  23219 | Emmet, Marvin & Martin, LLP<br>120 Broadway 32nd Floor<br>New York, New York  10271 |
| Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois  60654 | David R. Seligman, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois  60654 | Comptroller of Maryland<br>Compliance Division<br>110 Carroll Street<br>Annapolis, Maryland  21411 |

The following parties received electronic notice of the filing:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>101 West Lombard Street<br>Baltimore, Maryland  21201 | Gary R. Bronstein, Esquire<br>Sandler O'Neill + Partners, L.P.<br>607 14th Street, NW Suite 900<br>Washington, D.C.  20005-2018 | Joel Rappoport, Esquire<br>Sandler O'Neill + Partners, L.P.<br>607 14th Street, NW Suite 900<br>Washington, D.C.  20005-2018 |
| Robert T. Schmidt, Esquire<br>Joshua K. Brody, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | Martin H. Schreiber II, Esquire<br>Law Office of Martin H. Schreiber II, LLC<br>3600 Clipper Mill Road, Suite 201<br>Baltimore, Maryland  21211 | Edward S. Stein<br>Sandler O'Neill & Partners LP<br>1251 Avenue of the Americas, 6th Floor<br>New York, New York  10020 |
| Lawrence J. Yumkas, Esquire<br>Sandler O'Neill + Partners, L.P.<br>2530 Riva Road, Suite 400<br>Annapolis, Maryland  21401 | Joel I. Sher, Esquire<br>Daniel J. Zeller, Esquire<br>Anastasia McCusker (Albright), Esquire<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street, 20th Floor<br>Baltimore, Maryland  21201-3147 | Edmund Goldberg, Esquire<br>United States Department of Justice<br>101 West Lombard Street, Suite 2625<br>Baltimore, Maryland  21201 |
| Richard L. Wasserman, Esquire<br>Venable LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland  21202 | | Jan I. Berlage, Esquire<br>Gohn, Hankey & Stichel, LLP<br>201 N. Charles Street, Suite 2101<br>Baltimore, Maryland 21201<br>jberlage@ghsllp.com |