

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CAPITAL TRUST HOLDINGS, INC. (f/k/a First Mariner Bancorp), | * | Case No: 14-11952-DER (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION OF KILPATRICK TOWNSEND & STOCKTON LLP
FOR AN EXTENSION OF TIME THROUGH AND INCLUDING AUGUST 20, 2014,
TO FILE ITS AMENDED FIRST INTERIM APPLICATION OF KILPATRICK
TOWNSEND & STOCKTON LLP AS SPECIAL COUNSEL FOR THE DEBTOR
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FEBRUARY 10, 2014 THROUGH APRIL 30, 2014

UPON CONSIDERATION of the Motion of Kilpatrick Townsend & Stockton LLP for an Extension of Time through and Including August 20, 2014, to File Its Amended First Interim Application of Kilpatrick Townsend & Stockton LLP as Special Counsel for the Debtor for Compensation and Reimbursement of Expenses Incurred for the Period February 10, 2014 through April 30, 2014 (the "Motion"); and due and proper notice of the Motion having been provided as set forth in the Motion and the Court finding that no other or further notice need be

provided; and no objections having been filed; and after due deliberation and finding good cause, it is

**ORDERED**, that the Motion is GRANTED; and it is further,

**ORDERED**, that the deadline this Court established in the Order Deferring Consideration of First Interim Application of Kilpatrick Townsend & Stockton LLP as Special Counsel for Debtor Pending Submission of Supplemental Memorandum in Support of Such Application for Kilpatrick Townsend to file a supplemental memorandum, amended application, and/or other supporting materials addressing the various issues raised by the Court in such order is extended through and including August 20, 2014.

Copies to:

Gary R. Bronstein, Esq.
Kilpatrick Townsend & Stockton LLP
3607 14th Street, N.W.
Washington, DC 20005

Robert T. Schmidt, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Lawrence J. Yumkas, Esq.
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

David R. Seligman, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Joel I. Sher, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD 21201

Gerrard R. Vetter, Esq.
Assistant United States Trustee
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

**--END OF ORDER--**