B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re: Capital Trust Holdings, Inc.  Case No. 14-11952-DER
(f/k/a First Mariner Bancorp)

Debtor  Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF CAPITAL TRUST HOLDINGS, INC. (f/k/a FIRST MARINER BANCORP) HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of June 30, 2014 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp) holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| First Mariner Bank | Capital Trust Holdings, Inc. | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp) holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                                       2

Date:  8/13/14

                                            /s/ *Paul Susie*_____
                                            Signature of Authorized Individual


Paul Susie_____
Name of Authorized Individual


Chief Financial Officer_____
Title of Authorized Individual



[If the Debtor is an individual or in a joint case]


Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor


_____
Signature of Joint Debtor

**Exhibit A**
**Valuation Estimate for First Mariner Bank**

The Debtor, Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp), held an auction for the sale of First Mariner Bank on April 10, 2014. The winning bid, including subsequent price escalations, was $18,725,949. The sale closed on June 17, 2014.

**Exhibit B**
**Financial Statements for**
**Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**

Note: On June 17, 2014, Capital Trust Holdings sold its only operating subsidiary, First Mariner Bank. Prior reports reflected the operations of the subsidiary. This reports reflects only the operations of the parent company.

**Exhibit B-1**
**Balance Sheet for**
**Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**
**As of 6/30/14 and 12/31/13**

# Capital Trust Holdings, Inc.
(f/k/a First Mariner Bancorp)
Balance Sheets

|  | 6/30/2014 | 12/31/2013 |
|---|---:|---:|
| **Assets:** | | |
| Cash and interest bearing deposits | $16,550,031 | $668,508 |
| Money market and stock accounts | 233,694 | 230,877 |
| Accounts receivable | 846,405 | 347,054 |
| Investment in subsidiary -First Mariner Bank | - | 32,542,964 |
| Investment in subsidiary -Mariner capital trusts | 1,568,333 | 1,568,333 |
| Prepaid expenses and other assets | - | 678,800 |
| Total Assets | $ 19,198,463 | $ 36,036,536 |
| | | |
| **Liabilities and Stockholders' Deficit** | | |
| **Liabilities:** | | |
| Trust preferred debt | $ 52,068,333 | $ 52,068,333 |
| Accrued interest and other liabilities | 10,439,013 | 10,826,052 |
| Total Liabilities | 62,507,346 | 62,894,385 |
| | | |
| **Stockholders' Deficit** | | |
| Common Stock | 981,708 | 981,708 |
| Additional paid-in-capital | 80,919,551 | 80,833,441 |
| Retained Deficit | (123,935,666) | (106,440,949) |
| Accumulated other comprehensive loss | (1,274,476) | (2,232,049) |
| Total Stockholders' Deficit | (43,308,883) | (26,857,849) |
| Total Liabilities and Stockholders' Deficit | $ 19,198,463 | $ 36,036,536 |

**Exhibit B-2**
**Statement of Income (Loss) for**
**Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**
**Periods ending 6/30/14 and 12/31/13**

**Capital Trust Holdings, Inc.**
(f/k/a First Mariner Bancorp)
Statement of Loss

|  | Six Months Ended 06/30/14 | Year Ended 12/31/13 |
|---|---:|---:|
| **Income** | | |
| Interest and Dividends | $ 42 | $ 6,642 |
| Gain/(Loss) on Sale of Assets | (8,789,678) | 2,908,722 |
| Miscellaneous Income | - | 1,819 |
| Total Income | (8,789,636) | 2,917,183 |
| | | |
| **Operating Expenses** | | |
| Interest expense on borrowings | 935,753 | 2,408,784 |
| Stockholder relations | - | 12,072 |
| Legal and professional fees | 1,772,640 | - |
| Miscellaneous expense | 14,476 | 1,463 |
| Total Noninterest Expense | 2,722,869 | 2,422,319 |
| | | |
| Net income/(loss) before gain/(loss) in sunsidiary | (11,512,505) | 494,864 |
| Gain/(loss) in subsidiary | (5,982,212) | (15,995,024) |
| | | |
| Net loss | $ (17,494,717) | $ (15,500,160) |

Note: On June 17, 2014, Capital Trust Holdings sold its only operating subsidiary, First Mariner Bank. Prior reports reflected the operations of the subsidiary. This reports reflects only the operations of the parent company.

**Exhibit B-3**
**Statement of Cash Flows for**
**Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**
**For the period ending 6/30/14**

**Capital Trust Holdings, Inc.**
(f/k/a First Mariner Bancorp)
Statement of cash flows
For the Six Months Ended 6/30/14

|  | Six Months Ended 06/30/14 |
|---|---:|
| Net Income | $ (17,494,717) |
| Cash provided by net changes in: |  |
| Sale of investment securities | (2,817) |
| Net change in accounts receivable | (499,351) |
| Sale of subsidiary | 32,542,964 |
| Decrease in other assets | 678,800 |
| Decrease in other liabilities | (387,039) |
| Change in unrealized gains and APIC | 1,043,683 |
| Net decrease in cash | $ 15,881,523 |
| Cash at the beginning of the period | $668,508 |
| Cash at the end of the period | $ 16,550,031 |

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for**
**Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**
**Periods ending 6/30/14 and 12/31/13**

**Capital Trust Holdings, Inc.**
(f/k/a First Mariner Bancorp)
Changes in Stockholders' Equity

|  | Six Months Ended 06/30/14 | Year Ended 12/31/13 |
|---|---:|---:|
| Beginning Stockholders' Equity | (26,857,849) | (8,371,494) |
| Net Loss | (17,494,717) | (15,995,024) |
| Other comprehensive income | 1,043,683 | (2,491,331) |
| Ending Stockholders' Equity | (43,308,883) | (26,857,849) |

B26 (Official Form 26) (12/08) – Cont.                                                                                                                9

**Exhibit C**
**Description of Operations for Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp)**

The Debtor, Capital Trust Holdings, Inc. (f/k/a First Mariner Bancorp), previously owned 100% of First Mariner Bank. The Debtor sold all of its interest in First Mariner Bank on June 17, 2014 for $18,725,494. The Debtor has no continuing operations.