**SO ORDERED**
**Paragraph 3 of this order is deleted in its entirety and replaced with the following: "3. Further notice and opportunity for hearing on the requested extension are not necessary under the particular circumstances of this case given the limited extension requested and the representation by counsel for the debtor that (i) the debtor is working closely with the Committee on the terms of a plan, (ii) substantial progress is being made, and (iii) the Committee consents to entry of this order."**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CAPITAL TRUST HOLDINGS, INC.<br>(f/k/a First Mariner Bancorp) | * | Case No: 14-11952-DER<br>(Chapter 11) |
| | * | |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER FURTHER EXTENDING THE EXCLUSIVITY PERIODS FOR THE
FILING AND SOLICITATION OF ACCEPTANCES FOR A CHAPTER 11 PLAN

Upon consideration of the Amended Certification of Counsel On Proposed Order Further Extending the Exclusivity Periods of Capital Trust Holdings (f/k/a First Mariner Bancorp), as the debtor and debtor in possession ("Debtor") in the above-captioned Chapter 11 case, to file and solicit acceptances for a Chapter 11 plan set forth in sections 1121(b) and (c)(3) of the Bankruptcy Code (the "Certification of Counsel"),[1] and good cause having been shown, and upon appropriate notice as is warranted under the circumstances, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Motion is GRANTED.

2. That, pursuant to 11 U.S.C. § 1121(d), the Extension Periods are extended such that the Exclusive Filing Period will be September 18, 2014 and the Exclusive Solicitation Period will be November 14, 2014.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

3. That good cause exists to shorten the notice periods required by the Bankruptcy Rules and Local Rules because the Debtor and the Committee have made substantial progress in negotiation of a consensual plan, which the Debtor expects to file in the near future, and, absent the relief requested in the Motion, the Debtor's exclusive filing period will expire before the end of such notice periods.

cc: Lawrence J. Yumkas, Esquire
Yumkas, Vidmar & Sweeney, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Robert T. Schmidt, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Attached Service List

**END OF ORDER**

| | | |
|---|---|---|
| Arent Fox LLP<br>Attention: Andrew I. Silfen<br>1675 Broadway<br>New York, New York  10019 | Arent Fox LLP<br>Attention: Jeffrey N. Rothleder<br>1717 K Street, N.W.<br>Washington, D.C.  20036 | Cadwalader Wickersham & Taft LLP<br>Attention: Andrew Lom<br>One World Financial Center<br>New York, New York  10281 |
| Cohen & Company Financial Mgmt LLC<br>Attention: Peter Addai, as Manager for<br>Alesco Preferred Funding I, L<br>Cira Centre, 2929 Arch Street, 17th Fl.<br>Philadelphia, Pennsylvania  19104 | Commission of Financial Regulation<br>Attn: Mark Kaufman, Commissioner<br>500 North Calvert Street, Suite 401<br>Baltimore, Maryland  21202 | Comptroller of Maryland<br>Compliance Division<br>110 Carroll Street<br>Annapolis, Maryland  21411 |
| Covington & Burling LLP<br>Attention: Michael P. Reed<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C.  20004 | Emmet, Marvin & Martin, LLP<br>Attention: Edward Zujkowski and<br>Thomas Pitta<br>120 Broadway 32nd Floor<br>New York, New York  10271 | Eton Park Capital Management L.P<br>399 Park Avenue, 10th Floor<br>New York, New York  10022 |
| Federal Deposit Insurance Corporation<br>Attention: Julie Howland<br>350 Fifth Avenue<br>New York, New York  10118-0110 | Federal Reserve Bank of Richmond<br>Attention: Richard Gilbert<br>701 East Byrd Street<br>Richmond, Virginia  23219 | First Mariner Bank<br>Attention: Joseph F. Howard,<br>Sr. Vice President, General Counsel<br>1501 South Clinton Street<br>Baltimore, Maryland  21224 |
| Gohn, Hankey & Stichel, LLP<br>Attention: Jan I. Berlage<br>201 North Charles Street, Suite 2101<br>Baltimore, Maryland  21201 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | IRS<br>Special Procedures – Insolvency Unit<br>31 Hopkins Plaza, Room 1150<br>Baltimore, Maryland  21201 |
| Gary R. Bronstein, Esquire<br>Joel Rappoport, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW Suite 900<br>Washington, D.C.  20005-2018 | Steven N. Serajeddini, Esquire<br>David R. Seligman, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois  60654 | Reed Smith LLP<br>Attention: Eric Schaffer/Jared Roach<br>225 Fifth Avenue<br>Pittsburgh, Pennsylvania  15222 |
| Sandler O'Neill & Partners LP<br>Attention: Edward S. Stein<br>1251 Avenue of the Americas, 6th Floor<br>New York, New York  10020 | Skadden Arps<br>Attention: Brian D. Christiansen<br>1440 New York Avenue, N.W.<br>Washington, D.C.  20005 | The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust II<br>Attn: Corporate Trust Administration<br>200 White Clay Center Drive<br>White Clay Center, Route 273<br>Newark, Delaware  19711 |
| The Bank of New York, Trustee<br>f/b/o Mariner Capital Trust IV<br>Attn: Corporate Trust Administration<br>200 White Clay Center Drive<br>White Clay Center, Route 273<br>Newark, Delaware  19711 | Trapeza CDO II, LLC<br>Attention: Carolyn Thagard<br>441 Vine Street, Suite 1300<br>Cincinnati, Ohio  45202 | Wachtell, Lipton, Rosen & Katz<br>Attention: Richard K. Kim<br>51 West 52nd Street<br>New York, New York  10019 |
| Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust III<br>Attn: Corporate Trust Administration<br>919 Market St. Suite 700<br>Wilmington, Delaware  19801 | Wells Fargo Bank, NA, Trustee<br>f/b/o Mariner Capital Trust VI<br>Attn: Corporate Trust Administration<br>919 Market Street, Suite 700<br>Wilmington, Delaware  19801 | Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust V<br>Attn: Corporate Trust Administration<br>Rodney Square N 1100 N. Market St.<br>Wilmington, Delaware  19890-1600 |
| Wilmington Trust Company, Trustee<br>f/b/o Mariner Capital Trust VII<br>Attn: Corporate Trust Administration<br>Rodney Square N., 1100 N. Market St.<br>Wilmington, DE 19890-1600 | Robert T. Schmidt, Esquire<br>Joshua K. Brody, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | |

The following parties received electronic notice of the filing:

Jan I. Berlage, Esquire
Counsel for Hildene Capital Management, LLC
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Edmund A. Goldberg, Esquire
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Anastasia L. McCusker, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201

Thomas Angelo Pitta, Esquire
Counsel for Bank of New York Mellon
Emmet Marvin & Martin LLP
120 Broadway
New York, New York  10271

Jeffrey Neil Rothleder, Esquire
Counsel for Wilmington Trust Company
Arent Fox LLP
1717 K Street NW
Washington, D.C.  20036

Martin H. Schreiber, II, Esquire
Counsel for Bank of New York Mellon
Law Office of Martin H Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, Maryland  21211

Dennis J. Shaffer, Esquire
Counsel for Edwin F. Hale, Sr.
Whiteford Taylor Preston, LLP
7 Saint Paul Street
Baltimore, Maryland  21202-1636

Joel I. Sher, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201

Richard Wasserman, Esquire
Counsel for RKJS Bank
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202

Andrew M. Weiner, Esquire
Counsel for National Penn Bank
Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C.  20005

Lawrence J. Yumkas, Esquire
Counsel for Debtor
Yumkas, Vidmar & Sweeney, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Daniel Joseph Zeller, Esquire
Counsel for Sparrow Creek
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland  21201