Signed: February 23, 2015
**SO ORDERED**
**No opposition timely filed.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| Capital Trust Holdings, Inc. | | |
| (f/k/a First Mariner Bancorp) | * | Case No: 14-11952-DER |
| | | (Chapter 11) |
| | * | |
| Reorganized Debtor | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER APPROVING FINAL FEE APPLICATION
OF CARL MARKS ADVISORY GROUP LLC AS FINANCIAL
ADVISOR TO **THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS** FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AND
EXPENSES INCURRED FROM **FEBRUARY 19, 2014 THROUGH DECEMBER 8, 2014**

Upon consideration of the *Final Fee Application of Carl Marks Advisory Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for Services Rendered and Expenses Incurred from February 19, 2014 through December 8, 2014* (the "**Final Fee Application**"), requesting final allowance of fees covering the period February 19, 2014 through December 8, 2014 (the "**Final Fee Period**"), for fees in the amount of $1,004,206.10, and reimbursement for out-of-pocket expenses in the amount of $6,615.08; and finding that proper notice has been sent to creditors and parties in interest, and that the Final Fee Application satisfies 11 U.S.C. §§ 328(a),

Bankruptcy Rule 2016(a), Local Rule 2016-1, and the guidelines for fee applications in the Court;[1] it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1.      That the Final Fee Application is hereby APPROVED.

2.      That CMAG is hereby allowed compensation for the Final Fee Period in the amount of $1,004,206.10 and reimbursement for out-of-pocket fees and expenses in the amount of $6,615.08.

3.      That the Reorganized Debtor is hereby authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order, including, but not limited to, paying CMAG the unpaid portion of its fees allowed pursuant to the Order, which amounts to $3,095.00.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

cc:    Joel I. Sher, Esquire
       Daniel J. Zeller, Esquire
       SHAPIRO SHER GUINOT & SANDLER
       36 South Charles Street, 20th Floor
       Baltimore, MD  21201

       Joshua K. Brody, Esquire
       KRAMER LEVIN NAFTALIS & FRANKEL LLP
       1177 Avenue of the Americas
       New York, NY  10036

       Gerrard R. Vetter, Esquire
       Edmund A. Goldberg, Esquire
       OFFICE OF THE UNITED STATES TRUSTEE
       101 W. Lombard St., Ste. 2625
       Baltimore, MD  21201

---

[1] Capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Final Fee Application.

David R. Seligman, Esquire
Jeffrey Gettleman, Esquire
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL  60654

Richard L. Wasserman, Esquire
VENABLE LLP
750 East Pratt Street, Ste. 900
Baltimore, MD  21202

**END OF ORDER**