Signed: February 20, 2015
**SO ORDERED**
**No opposition timely filed.**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| Capital Trust Holdings, Inc. | | |
| (f/k/a First Mariner Bancorp) | * | Case No. 14-11952-DER |
| | | |
| Reorganized Debtor | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER APPROVING FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP, AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AND EXPENSES INCURRED FROM FEBRUARY 13, 2014 THROUGH DECEMBER 8, 2014

Upon consideration of the *Final Fee Application of Kirkland & Ellis LLP, as Attorneys for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for Services Rendered and Expenses Incurred from February 13, 2014 through December 8, 2014* (the "Final Fee Application"), requesting final allowance of fees covering the period February 13, 2014 through December 8, 2014 (the "Final Fee Period") in the amount of $1,420,085.00, and reimbursement for out-of-pocket expenses in the amount of $37,300.05; and finding that adequate notice has been given, and that the Application satisfies 11 U.S.C. §§ 330(a) and 331, Bankruptcy Rule 2016(a), Local Rule 2016-1, and the guidelines

for fee applications in the Court;[1] it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1.      That the Final Fee Application is hereby APPROVED.

2.      That Kirkland & Ellis LLP ("K&E") is hereby allowed compensation for the Final Fee Period in the amount of $1,420,085.00 and reimbursement for out-of-pocket fees and expenses in the amount of $37,300.05.

3.      That the Reorganized Debtor is hereby authorized to pay K&E the unpaid portion of the fees and expenses allowed pursuant to this Order, which are $219,577.40 and $3,557.86, respectively.

4.      That the Reorganized Debtor is hereby authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

cc:     Joel I. Sher, Esquire
        Daniel J. Zeller, Esquire
        SHAPIRO SHER GUINOT & SANDLER
        250 W. Pratt Street, Suite 2000
        Baltimore, MD  21201

        Joshua K. Brody, Esquire
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, NY  10036

---

[1]     Capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Final Fee Application.

Gerrard R. Vetter, Esquire
Edmund A. Goldberg, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
101 W. Lombard St., Ste. 2625
Baltimore, MD  21201

David R. Seligman, Esquire
Jeffrey Gettleman, Esquire
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL  60654

Richard L. Wasserman, Esquire
VENABLE LLP
750 East Pratt Street, Ste. 900
Baltimore, MD  21202

**END OF ORDER**